■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE McCOLLOUGH, Appellant. [19 NYS3d 883]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered July 10, 2012, resentencing defendant to an aggregate term of 25 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). We perceive no basis for reducing the term of postrelease supervision. Concur—Sweeny, J.P., Acosta, Andrias and Moskowitz, JJ.